FILED 1 AUG '12 11:14 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00398-SI |
| v. | |
| DWAIN LEWIS COPPERNOLL, JR., | INDICTMENT |
| Defendant. | 18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT 1

On or about May 23, 2012, in the District and State of Oregon, **DWAIN LEWIS COPPERNOLL, JR.**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about February 26, 2003, in the Circuit Court of Multnomah County, State of Oregon, case number 021036013, for Attempted Robbery I;

(2) On or about July 11, 2007, in the Circuit Court of Multnomah County, State of Oregon, case number 070331488, for Burglary I; and

(3) On or about October 26, 2011, in the Circuit Court of Clackamas County, State of Oregon, case number CR1101139, for PCS,

/ / /

/ / /

did knowingly and unlawfully possess the following firearm:

> A Sturm, Ruger & Co., Inc., model GP100, .357 magnum caliber, serial number 175-18902,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

Dated this ___1st___ day of ~~July~~ August 2012.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
FREDRIC N. WEINHOUSE, OSB #77386
Assistant United States Attorney