## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**                    Case No.: 3:12–cr–00398–SI
**Plaintiff(s),**

**v.**

**DWAIN LEWIS COPPERNOLL, JR**
**Defendant(s).**

_____ /

### Criminal Case Assignment Order

   **(a)**   **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned for all further proceedings to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
> Presiding Judge's Suffix Code*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
>     ***These letters must follow the case number on all future filings.**

   **(b)**   **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Mary Austad
> Telephone:  (503) 326–8034
> Email:  mary_austad@ord.uscourts.gov

   **(c)**   **Case Administrator/Docket Clerk:** Questions about CM/ECF filings or docket entries in this matter should be directed to:

> Kathi Wright
> Telephone:  (503)326–8016
> Email:  kathi_wright@ord.uscourts.gov

   **(d)**   **Place of Filing:** All non–electronic filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (See LR 3–3 and LR 100–5).

   **(e)**   **District Court Website:** Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at ord.uscourts.gov.

**DATED:  August 1, 2012.**                    **MARY L. MORAN,**
                                                    **Clerk of Court**

by:  /s/ K. Wright

K. Wright, Deputy Clerk